UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

NIKISHA D. SMITH

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj314/EMT

**Waived**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information as Amended.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(1) and 18 U.S.C. § 7 & 13 | Driving With Suspended License Without Knowledge | 9/9/09 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine/SMA has been paid.)

| Assessment | Fine | Restitution |
|---|---|---|
| $5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 11/18/09

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 11-23-09

Rec'd 1123'09 UsDcFln3PM0417